

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:       In re Jill Kathryn Arno Peterson

Appellate case number:     01-18-01029-CV

Trial court case number:   2018-43305

Trial court:               280th District Court of Harris County

By order dated January 7, 2019, this Court abated the proceeding and remanded it to the trial court to allow the successor respondent to reconsider the ruling challenged. Relator has filed a motion to reinstate, attaching an order signed January 28, 2019, confirming the original ruling and granting the motion for new trial. Relator also filed an amended motion to reinstate attaching the trial court's order and a copy of the hearing record.

Accordingly, we **GRANT** relator's motions and **REINSTATE** the proceeding on the active docket.

It is so ORDERED.


Judge's signature: ___/s/ Justice Richard Hightower_____
                ☑ Acting individually     ☐ Acting for the Court


Date: ___March 14, 2019___